IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LEANNA S. MARTIN                                                              PLAINTIFF

v.                        NO. 1:18-cv-00004 JM

NANCY A. BERRYHILL, Acting Commissioner                                       DEFENDANT
of the Social Security Administration

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The complaint filed by plaintiff Leanna S. Martin is dismissed, all requested relief is denied, and judgment will be entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 25th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE