IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LEANNA S. MARTIN                                                      PLAINTIFF

v.                     NO. 1:18-cv-00004 PSH

NANCY A. BERRYHILL, Acting Commissioner                 DEFENDANT
 of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 25th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE